

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-12-00354-CV

CMA-CGM (AMERICA), INC., Appellant

V.

EMPIRE TRUCK LINES, INC., Appellee

Appeal from the 11th District Court of Harris County.   (Tr. Ct. No. 2005-22806).

**TO THE 11TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 23rd day of May 2013, the cause upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on March 14, 2012.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court **orders** that the appellant, CMA-CGM (America), Inc., pay all appellate costs.
>
> The Court **orders** that this decision be certified below for observance.
>
> Judgment rendered July 9, 2013.

Panel consists of Chief Justice Radack and Justices Higley and Brown. Opinion delivered by Chief Justice Radack.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

March 13, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

